ARCHIE EVERETT v. THE STATE.

No. 12524. Delivered April 3, 1929.
Rehearing denied May 8, 1929.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

Upon his plea of guilty appellant was given the punishment mentioned. There is in the record no statement of facts or bill of ex-

ceptions. The judgment and sentence are in conformity with the law. No error appearing, the judgment will be affirmed.

*Affirmed.*

ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—Appellant predicates his motion for rehearing upon the contention that the indictment is duplicitous now for the first time raising that question. We see no vice in the indictment in the respect mentioned. Even if it were vulnerable to such an attack it comes too late when made for the first time after conviction. Melley v. State, 93 Tex. Cr. R. 522, 248 S. W. 367; Ramsey v. State, 108 Tex. Cr. R. 182, 299 S. W. 411; Garner v. State, 100 Tex. Cr. R. 626, 272 S. W. 167.

The motion for rehearing is overruled.

*Overruled.*